COPY

FILED

NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Michael L Tracy, Esq   SBN 237779
mtracy@michaeltracylaw.com
Megan Ross Hutchins, Esq   SBN 227776
mhutchins@michaeltracylaw.com
Law Office of Michael Tracy
2030 Main Street, Suite 1300
Irvine, CA 92614
949-260-9171

ATTORNEYS FOR   PLAINTIFF, RANJIT SODHI

2009 DEC -4  PM 2:18
CLERK U S DISTRICT COURT
CENTRAL DIST OF CALIF
LOS ANGELES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

RANJIT SODHI, an individual, on behalf of herself and other similarly situated and on behalf of The State of California Labor and Workforce Development Agency as a Private Attorney General Plaintiff(s),

v.

Grasshopper House LLC, A California Limited Liability Company, Chris Prentiss, An Individual; Pax Prentiss, An Individual, Jeff Mcnairy, An Individual, and DOES 1 through 10, inclusive. Defendant(s)

CASE NUMBER

CV09 08927 GHK VBKx

CERTIFICATION AND NOTICE OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  Plaintiff, RANJIT SODHI
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case  These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                                                                 **CONNECTION**
(List the names of all such parties and identify their connection and interest )

RANJIT SODHI                                                              Plaintiff

GRASSHOPPER HOUSE LLC, A CALIFORNIA LIMITED        Defendants
LIABILITY COMPANY, CHRIS PRENTISS, AN
INDIVIDUAL, PAX PRENTISS, AN INDIVIDUAL, JEFF
MCNAIRY, AN INDIVIDUAL, and DOES 1 through 10,
inclusive ·

12/2/09                                     _____
Date                                        Sign

Plaintiffs
Attorney of record for or party appearing in pro per

NOTICE OF INTERESTED PARTIES
CV-30 (12/03)