MICHAEL L. TRACY, ESQ., SBN 237779
E-mail mtracy@michaeltracylaw.com
2030 Main Street Suite 1300
Irvine, CA 92614
T. (949) 260-9171 F (866) 365-3051

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANJIT SODHI<br><br>PLAINTIFF(S)<br>v.<br><br>GRASSHOPPER HOUSE LLC, A CALIFORNIA LIMITED LIABILITY COMPANY, et al<br><br>DEFENDANT(S) | CASE NUMBER<br><br>CV09 08927 GHK VBKx<br><br>**PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |

1  At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the (*specify documents*)

☑ summons         ☐ first amended complaint      ☐ third party complaint
☑ complaint       ☐ second amended complaint     ☐ counter claim
☐ alias summons   ☐ third amended complaint      ☐ cross claim
☑ other (*specify*) SEE ATTACHMENT

2  **Person served**
   a  ☑ Defendant (*name*)  GRASSHOPPER HOUSE LLC, A CALIFORNIA LIMITED LIABILITY COMPANY
   b  ☑ Other (*specify name and title or relationship to the party/business named*) Chris Prentiss, Agent for Service
      Chris De La Madrid, Supervisor, Apparently in Charge
   c  ☑ Address where papers were served.
      6428 Meadows Ct, Malibu, CA 90265

3  **Manner of Service** in compliance with (one box **must** be checked)
   a  ☐ Federal Rules of Civil Procedure
   b  ☑ California Code of Civil Procedure

4  **I served** the person named in Item 2
   a  ☐ By **Personal service**  By personally delivering copies  If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age
      1  ☐ **Papers were served on** (*date*) _____ at (*time*) _____
   b  ☑ By **Substituted service**  By leaving copies
      1  ☐ (home) at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
      2  ☑ (business) or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers
      3  ☑ papers were served on (*date*) 12/18/09 _____ at (*time*) 10 00 AM _____
      4  ☑ by mailing (by first-class mail, postage prepaid) copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c)
      5  ☑ papers were mailed on (*date*) 12/21/09
      6. ☑ due diligence  I made at least three (3) attempts to personally serve the defendant (**Attach separate declaration regarding due diligence**).
   c. ☐ **Mail and acknowledgment of service**  By mailing (by first-class mail or airmail, postage prepaid) copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender  (**Attach completed Waiver of Service of Summons and Complaint**)

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity (C.C.P. 415.20 only).** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing (by first-class mail, postage prepaid) copies to the persons at the place where the copies were left in full compliance with C.C.P 415.20 Substitute service upon the California Secretary of State requires a court order **(Attach a copy of the order to this Proof of Service)**

f. ☐ **Service on a foreign corporation** In any manner prescribed for individuals by FRCP 4(f).

g ☐ **Certified or registered mail service** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served)**

h. ☑ **Other** (specify code section and type of service). OTHER LIMITED LIABILITY COMPANY

5. Service upon the **United States, and Its Agencies, Corporations or Officers**.
   a ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U S Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U S Attorneys Office

   Name of person served

   Title of person served·

   Date and time of service (date)· _____ at (time) _____

   b ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D C **(Attach signed return receipt or other evidence of actual receipt by the person served)**
   c ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served)**

6  At the time of service I was at least 18 years of age and not a party to this action.

7  Person serving (name, address and telephone number)
   JERRY JENS 5381/LOS ANGELES
   DDS Legal Support
   2900 Bristol St., #E106
   Costa Mesa, CA 92626
   (714) 662-5555

   a ☑ Fee for service $ 12 07
   b ☐ Not a registered California process server
   c ☐ Exempt from registration B&P 22350(b)
   d ☑ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct

12/24/09
Date

Signature

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO | FOR COURT USE ONLY |
|---|---|---|
| Michael L Tracy, Esq , SBN 237779<br>2030 Main St Ste 1300<br>Irvine     CA     92614<br>ATTORNEY FOR (Name)  Plaintiff | (949) 260-9171 | |

| Insert of Court Name of Judicial District and Branch Court if any |
|---|
| UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA |

| SHORT TITLE OF CASE |
|---|
| SODHI V GRASSHOPPER HOUSE |

| 1841816 | (HEARING) Date | Time | Dept | Case Number<br>CV0908927GHKVBKx |
|---|---|---|---|---|
| | | | | REFERENCE NO<br>SODHI |

## DECLARATION OF REASONABLE DILIGENCE

PERSON TO SERVE  GRASSHOPPER HOUSE LLC, A CALIFORNIA LIMITED
LIABILITY COMPANY

DOCUMENTS RECEIVED

SUMMONS & COMPLAINT
SEE ATTACHMENT

I DECLARE THE FOLLOWING ATTEMPTS WERE MADE TO EFFECT SERVICE BY PERSONAL DELIVERY

BUSINESS   6428 Meadows Ct
           Malibu           CA        90265

12/15/09   04 00 PM LOCATION IS A LARGE
MANSION IN A GATED COMMUNITY USED AS A
CENTER FOR TREATMENT OF SUBSTANCE ABUSE
AGENT NOT IN
12/16/09   08 30 AM PER CHRIS DE LA MADRID
- SUPERVISOR, AGENT NOT IN
12/17/09   12 30 PM AGENT AT LUNCH
12/18/09   10 00 AM AGENT NOT IN
SUB-SERVED CHRIS DE LA MADRID - SUPERVISOR
PERSON APPARENTLY IN CHARGE HISPANIC MALE
30+YRS 5'11" 180LBS  BLACK HAIR BROWN EYES

| | | | d  The fee for service was   $12 07 |
|---|---|---|---|
| 7a  Person Serving | Jerry | Jens | e  I am<br>(1)    not a registered California process server<br>(3)  X  registered California process server |
| b  DDS Legal Support<br>2900 Bristol St<br>Costa Mesa, Ca 92626 | | | (i) Independent Contractor<br>(i) Registration No                   5381<br>(i) County     LOS ANGELES |
| c  (714) 662-5555 | | | |

8  I declare under the penalty of perjury under the laws of the State of California that the
foregoing is true and correct  Jerry          Jens                    X  _____
12/24/2009                                                              SIGNATURE

## PROOF OF SERVICE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO | FOR COURT USE ONLY |
|---|---|---|
| Michael L Tracy, Esq, SBN 237779<br>2030 Main St Ste 1300<br>Irvine  CA  92614 | (949) 260-9171 | |
| ATTORNEY FOR (Name)  Plaintiff | | |

Insert of Court Name of Judicial District and Branch Court if any
UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE
SODHI V GRASSHOPPER HOUSE

| 1841816 | (HEARING) Date | Time | Dept | Case Number<br>CV0908927GHKVBKx |
|---|---|---|---|---|
| | | | | REFERENCE NO<br>SODHI |

## PROOF OF SERVICE BY MAIL

1  I AM EMPLOYED IN, OR A RESIDENT OF, THE COUNTY IN WHICH THE MAILING OCCURED, AND NOT A PARTY TO THIS ACTION  AT THE TIME OF MAILING, I WAS AT LEAST 18 YEARS OF AGE OR OLDER

ON   12/21/09

5  b (4)  AFTER SUBSTITUTED SERVICE UNDER SECTION 415 20 (a) or 415 20 (b) or 415 46 C C P  WAS MADE  I SERVED THE WITHIN

SUMMONS & COMPLAINT
SEE ATTACHMENT

ON THE DEFENDANT IN SAID ACTION BY PLACING A TRUE COPY THEREOF ENCLOSED IN A SEALED ENVELOPE WITH POSTAGE THEREON PREPAID FOR FIRST CLASS IN THE UNITED STATES MAIL AT                         CALIFORNIA, ADDRESSED AS FOLLOWS

GRASSHOPPER HOUSE LLC, A CALIFORNIA LIMITED

LIABILITY COMPANY
Chris Prentiss, Agent for Service
6428 Meadows Ct
Malibu          CA          90265

DECLARANT  Joan Fischetti

d  The fee for service was     $12 07
e  I am
  (1)  not a registered California process server
  (3)  registered California process server
    (i)
    (i) Registration No
    (i) County

b  DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c  (714) 662-5555

8  I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct   Joan Fischetti
12/24/2009

X _____ SIGNATURE

**PROOF OF SERVICE**

| PETITIONER/PLAINTIFF | RANJIT SODHI | CASE NUMBER |
|---|---|---|
| RESPONDENT/DEFENDANT | GRASSHOPPER HOUSE LLC, et al. | CV0908927GHKVBKx |

CIVIL COVER SHEET;

CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1);

NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY;

ORDER RE: CASE MANAGEMENT

Legal Solutions Plus