# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

FILED
CLERK, U.S. DISTRICT COURT
2-2-2010
FEB - 2 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

To: ☒ U.S. District Judge / ☐ U.S. Magistrate Judge __King__

From: __Shia Bourgeois__, Deputy Clerk    Date Received: __2-1-10__

Case No.: __09cv8927 GHK (VBK)__ Case Title: __Ranjit Sodhi v. Grasshopper House__

Document Entitled: __Answer of Prentiss, Answer of Grasshopper House LLC, Answer of McNairy, Answer of Pax Prentiss__

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

- ☐ Local Rule 11-3.1    Document not legible
- ☐ Local Rule 11-3.8    Lacking name, address, phone and facsimile numbers __and Email Address__
- ☐ Local Rule 11-4.1    No copy provided for judge
- ☐ Local Rule 19-1    Complaint/Petition includes more than ten (10) Does or fictitiously named parties
- ☐ Local Rule 15-1    Proposed amended pleading not under separate cover
- ☐ Local Rule 11-6    Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8    Memorandum/brief exceeding 10 pages shall contain table of contents
- ☐ Local Rule 7.1-1    No Certification of Interested Parties and/or no copies
- ☐ Local Rule 6.1    Written notice of motion lacking or timeliness of notice incorrect
- ☐ Local Rule 56-1    Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2    Statement of genuine issues of material fact lacking
- ☐ Local Rule 7-19.1    Notice to other parties of ex parte application lacking
- ☐ Local Rule 16-6    Pretrial conference order not signed by all counsel
- ☐ FRCvP Rule 5(d)    No proof of service attached to document(s)
- ☒ Other: __Pursuant to G.O. 08-02 case is designated for Electronic Filing__

Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.

---

## ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____    _____
Date                      U.S. District Judge / U.S. Magistrate Judge

☒ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to *counsel. *Counsel shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

__2/2/10__    _____
Date         U.S. District Judge / ~~U.S. Magistrate Judge~~

*The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

CV-104A (12/03)    NOTICE OF DOCUMENT DISCREPANCIES

GPO U.S. GOVERNMENT PRINTING OFFICE: 2007 672-579

```
LAW OFFICES OF THOMAS A. NITTI
Thomas A. Nitti, SBN 77590
1250 Sixth Street, Suite 205
Santa Monica, CA 90401
Tel.: (310) 393-1524
Fax: (310) 576-3581
TNITTI@PRODIGY.NET
Attorney for Defendant
JEFF MCNAIRY
```

ORIGINAL

RETURNED 2-2-2010

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANJIT SODHI, an individual, on behalf of herself and other similarly situated and on behalf of The State of California Labor and Workforce Development Agency as a Private Attorney General,<br><br>Plaintiff,<br><br>v.<br><br>GRASSHOPPER HOUSE LLC, a California Limited Liability Company; CHRIS PRENTISS, an individual; PAX PRENTISS, an individual; JEFF MCNAIRY, an individual; and DOES 1 through 10 inclusive,<br><br>Defendants. | CASE NO. CV09 08927 GHK VBKx<br><br>ANSWER |

RECEIVED BUT NOT FILED

FEB - 1 2010
3:34

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
BY ___ DEPUTY

1) Defendant, JEFF MCNAIRY ("DEFENDANT"), denies the allegations contained in Paragraphs 4, 6, 7, 8, 10, 11, 12, 13, 14, 15, 16, 17, 23, 24, 25, 26, 27, 28, 29, 30, 34, 35, 36, 40, 44, 47, 50, 51, 52, 53, 54, 55, 56, 57, 58, 61, 63, 64, 65, 66 69, 70, 71, 72, 76, 77, 78, 80, 84, 86, 87, 88, 89, 90, 91, 92, 93, 96, 97, 98, 99, 100, 101, 105, 106, 107, 108, 111, 112, 114, 115, 116, 118, 121, 122, 123, 124, 125, 126,, 131, 132, 134, 138, 139, and 141 of the complaint.

2) Defendant admits the allegations contained in Paragraphs 3, 9, 33, 46, 60, 68, 74, 85, 95, 103, 110, 120, 128, and 136 of the complaint.

3) Answering Paragraphs 1, 2, 5, 18, 19, 20, 21, 22, 31, 32, 37, 38, 39, 41, 42, 48, 49, 62, 75, 79, 81, 82, 83, 104, 113, 117, 129, 130, 133, 137, and 140 of the Complaint defendant is

ANSWER

1 without sufficient knowledge or information to form a belief as to the truth of the allegations
2 contained in said paragraphs, and on that basis denies each and every allegation contained
3 therein.

4) Defendant answers the incorporated paragraphs 45, 59, 67, 73, 94, 102, 109, 119, 127, and 135 in the same way that defendant answered the incorporated paragraphs previously.

## FIRST AFFIRMATIVE DEFENSE

5) This action is subject to a previously filed class action in State Court for the same alleged class.

## SECOND AFFIRMATIVE DEFENSE

6) Plaintiff is not qualified to represent the alleged class.

Dated: January 28, 2010

LAW OFFICES OF THOMAS A. NITTI

By /s/ 
THOMAS A. NITTI
Attorneys for Defendant
JEFF MCNAIRY

# PROOF OF SERVICE

State of California, County of Los Angeles

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 1250 Sixth Street, Suite 205, Santa Monica, California 90401.

On January 28 2010, I served the following document(s) described as:

## ANSWER

on the interested parties in this action by placing a true copy thereof in a sealed envelope(s), addressed as follows (sans any fax number):

Law Offices of Michael Tracy
2030 Main Street, Suite 1300
Irvine, CA 92614
Fax: (866) 365-3051

☐ BY PERSONAL SERVICE – I delivered such envelope by hand to the offices of the addressee.

☐ BY FAX – I faxed the document to the fax number indicated below the addressee's name and address (without envelope).

☒ BY MAIL – I deposited such envelope in the mail at Santa Monica, California. The envelope was mailed with the postage thereon fully prepaid.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Date: January 28, 2010

*Nydia Escalona*
Nydia Escalona

```
 1 │ LAW OFFICES OF THOMAS A. NITTI
   │ Thomas A. Nitti, SBN 77590
 2 │ 1250 Sixth Street, Suite 205
   │ Santa Monica, CA 90401
 3 │ Tel.: (310) 393-1524
   │ Fax: (310) 576-3581
 4 │ TNITT.@PRODIGY.NET
   │ Attorney for Defendant
 5 │ GRASSHOPPER HOUSE LLC
```



RETURNED 2-2-2010

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANJIT SODHI, an individual, on behalf of herself and other similarly situated and on behalf of The State of California Labor and Workforce Development Agency as a Private Attorney General,<br><br>Plaintiff,<br><br>v.<br><br>GRASSHOPPER HOUSE LLC, a California Limited Liability Company; CHRIS PRENTISS, an individual; PAX PRENTISS, an individual; JEFF MCNAIRY, an individual; and DOES 1 through 10 inclusive,<br><br>Defendants. | CASE NO. CV09 08927 GHK VBKx<br><br>**ANSWER** |



RECEIVED BUT NOT FILED
FEB -1 2010
3:35
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
BY ___ DEPUTY

1) Defendant, GRASSHOPPER HOUSE LLC ("DEFENDANT"), denies the allegations contained in Paragraphs 6, 7, 8, 10, 11, 12, 13, 14, 15, 16, 17, 23, 24, 25, 26, 27, 28, 29, 30, 34, 35, 36, 40, 44, 47, 50, 51, 52, 53, 54, 55, 56, 57, 58, 61, 63, 64, 65, 66 69, 70, 71, 72, 76, 77, 78, 80, 84, 86, 87, 88, 89, 90, 91, 92, 93, 96, 97, 98, 99, 100, 101, 105, 106, 107, 108, 111, 112, 114, 115, 116, 118, 121, 122, 123, 124, 125, 126,, 131, 132, 134, 138, 139, and 141 of the complaint.

2) Defendant admits the allegations contained in Paragraphs 3, 4, 9, 33, 46, 60, 68, 74, 85, 95, 103, 110, 120, 128, and 136 of the complaint.

3) Answering Paragraphs 1, 2, 5, 18, 19, 20, 21, 22, 31, 32, 37, 38, 39, 41, 42, 48, 49, 62, 75, 79, 81, 82, 83, 104, 113, 117, 129, 130, 133, 137, and 140 of the Complaint defendant is

ANSWER

without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraphs, and on that basis denies each and every allegation contained therein.

4) Defendant answers the incorporated paragraphs 45, 59, 67, 73, 94, 102, 109, 119, 127, and 135 in the same way that defendant answered the incorporated paragraphs previously.

**FIRST AFFIRMATIVE DEFENSE**

5) This action is subject to a previously filed class action in State Court for the same alleged class.

**SECOND AFFIRMATIVE DEFENSE**

6) Plaintiff is not qualified to represent the alleged class.

Dated: January 28, 2010

LAW OFFICES OF THOMAS A. NITTI

By
THOMAS A. NITTI
Attorneys for Defendant
GRASSHOPPER HOUSE LLC

# PROOF OF SERVICE

State of California, County of Los Angeles

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 1250 Sixth Street, Suite 205, Santa Monica, California 90401.

On January 28 2010, I served the following document(s) described as:

## ANSWER

on the interested parties in this action by placing a true copy thereof in a sealed envelope(s), addressed as follows (sans any fax number):

Law Offices of Michael Tracy
2030 Main Street, Suite 1300
Irvine, CA 92614
Fax: (866) 365-3051

☐ BY PERSONAL SERVICE – I delivered such envelope by hand to the offices of the addressee.

☐ BY FAX – I faxed the document to the fax number indicated below the addressee's name and address (without envelope).

☒ BY MAIL – I deposited such envelope in the mail at Santa Monica, California. The envelope was mailed with the postage thereon fully prepaid.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Date: January 28, 2010

*Nydia Escalona*
Nydia Escalona

---

ANSWER

PROOF OF SERVICE

```
LAW OFFICES OF THOMAS A. NITTI
Thomas A. Nitti, SBN 77590
1250 Sixth Street, Suite 205
Santa Monica, CA 90401
Tel.: (310) 393-1524
Fax: (310) 576-3581
TNitte PRod:gy.net
Attorney for Defendant
CHRIS PRENTISS
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANJIT SODHI, an individual, on behalf of herself and other similarly situated and on behalf of The State of California Labor and Workforce Development Agency as a Private Attorney General,<br><br>Plaintiff,<br><br>v.<br><br>GRASSHOPPER HOUSE LLC, a California Limited Liability Company; CHRIS PRENTISS, an individual; PAX PRENTISS, an individual; JEFF MCNAIRY, an individual; and DOES 1 through 10 inclusive,<br><br>Defendants. | CASE NO. CV09 08927 GHK VBKx<br><br>ANSWER<br><br>RECEIVED BUT NOT FILED<br><br>FEB -1 2010<br><br>CLERK, U.S. DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>WESTERN DIVISION<br>BY _____ DEPUTY |

1) Defendant, CHRIS PRENTISS ("DEFENDANT"), denies the allegations contained in Paragraphs 4, 6, 7, 8, 10, 11, 12, 13, 14, 15, 16, 17, 23, 24, 25, 26, 27, 28, 29, 30, 34, 35, 36, 40, 44, 47, 50, 51, 52, 53, 54, 55, 56, 57, 58, 61, 63, 64, 65, 66 69, 70, 71, 72, 76, 77, 78, 80, 84, 86, 87, 88, 89, 90, 91, 92, 93, 96, 97, 98, 99, 100, 101, 105, 106, 107, 108, 111, 112, 114, 115, 116, 118, 121, 122, 123, 124, 125, 126,, 131, 132, 134, 138, 139, and 141 of the complaint.

2) Defendant admits the allegations contained in Paragraphs 3, 9, 33, 46, 60, 68, 74, 85, 95, 103, 110, 120, 128, and 136 of the complaint.

3) Answering Paragraphs 1, 2, 5, 18, 19, 20, 21, 22, 31, 32, 37, 38, 39, 41, 42, 48, 49, 62, 75, 79, 81, 82, 83, 104, 113, 117, 129, 130, 133, 137, and 140 of the Complaint defendant is

ANSWER

without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraphs, and on that basis denies each and every allegation contained therein.

  4) Defendant answers the incorporated paragraphs 45, 59, 67, 73, 94, 102, 109, 119, 127, and 135 in the same way that defendant answered the incorporated paragraphs previously.

### FIRST AFFIRMATIVE DEFENSE

  5) This action is subject to a previously filed class action in State Court for the same alleged class.

### SECOND AFFIRMATIVE DEFENSE

  6) Plaintiff is not qualified to represent the alleged class.

Dated: January 28, 2010

LAW OFFICES OF THOMAS A. NITTI

By _____
THOMAS A. NITTI
Attorneys for Defendant
CHRIS PRENTISS

# PROOF OF SERVICE

State of California, County of Los Angeles

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 1250 Sixth Street, Suite 205, Santa Monica, California 90401.

On January 28 2010, I served the following document(s) described as:

## ANSWER

on the interested parties in this action by placing a true copy thereof in a sealed envelope(s), addressed as follows (sans any fax number):

Law Offices of Michael Tracy
2030 Main Street, Suite 1300
Irvine, CA 92614
Fax: (866) 365-3051

☐ BY PERSONAL SERVICE – I delivered such envelope by hand to the offices of the addressee.

☐ BY FAX – I faxed the document to the fax number indicated below the addressee's name and address (without envelope).

☒ BY MAIL – I deposited such envelope in the mail at Santa Monica, California. The envelope was mailed with the postage thereon fully prepaid.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Date: January 28, 2010

*Nydia Escalona*
Nydia Escalona

LAW OFFICES OF THOMAS A. NITTI
Thomas A. Nitti, SBN 77590
1250 Sixth Street, Suite 205
Santa Monica, CA 90401
Tel.: (310) 393-1524
Fax: (310) 576-3581
TNITTI@PRODIGY.NET.
Attorney for Defendant
PAX PRENTISS

RETURNED 2-2-2010

ORIGINAL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RANJIT SODHI, an individual, on behalf of herself and other similarly situated and on behalf of The State of California Labor and Workforce Development Agency as a Private Attorney General,

Plaintiff,

v.

GRASSHOPPER HOUSE LLC, a California Limited Liability Company; CHRIS PRENTISS, an individual; PAX PRENTISS, an individual; JEFF MCNAIRY, an individual; and DOES 1 through 10 inclusive,

Defendants.

CASE NO. CV09 08927 GHK VBKx

ANSWER

RECEIVED BUT NOT FILED

FEB - 1 2010

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
BY              DEPUTY

1) Defendant, PAX PRENTISS ("DEFENDANT"), denies the allegations contained in Paragraphs 4, 6, 7, 8, 10, 11, 12, 13, 14, 15, 16, 17, 23, 24, 25, 26, 27, 28, 29, 30, 34, 35, 36, 40, 44, 47, 50, 51, 52, 53, 54, 55, 56, 57, 58, 61, 63, 64, 65, 66 69, 70, 71, 72, 76, 77, 78, 80, 84, 86, 87, 88, 89, 90, 91, 92, 93, 96, 97, 98, 99, 100, 101, 105, 106, 107, 108, 111, 112, 114, 115, 116, 118, 121, 122, 123, 124, 125, 126,, 131, 132, 134, 138, 139, and 141 of the complaint.

2) Defendant admits the allegations contained in Paragraphs 3, 9, 33, 46, 60, 68, 74, 85, 95, 103, 110, 120, 128, and 136 of the complaint.

3) Answering Paragraphs 1, 2, 5, 18, 19, 20, 21, 22, 31, 32, 37, 38, 39, 41, 42, 48, 49, 62, 75, 79, 81, 82, 83, 104, 113, 117, 129, 130, 133, 137, and 140 of the Complaint defendant is

ANSWER

without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraphs, and on that basis denies each and every allegation contained therein.

4) Defendant answers the incorporated paragraphs 45, 59, 67, 73, 94, 102, 109, 119, 127, and 135 in the same way that defendant answered the incorporated paragraphs previously.

## FIRST AFFIRMATIVE DEFENSE

5) This action is subject to a previously filed class action in State Court for the same alleged class.

## SECOND AFFIRMATIVE DEFENSE

6) Plaintiff is not qualified to represent the alleged class.

Dated: January 28, 2010

LAW OFFICES OF THOMAS A. NITTI

By _____
THOMAS A. NITTI
Attorneys for Defendant
PAX PRENTISS

## PROOF OF SERVICE

State of California, County of Los Angeles

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 1250 Sixth Street, Suite 205, Santa Monica, California 90401.

On January 28 2010, I served the following document(s) described as:

## ANSWER

on the interested parties in this action by placing a true copy thereof in a sealed envelope(s), addressed as follows (sans any fax number):

Law Offices of Michael Tracy
2030 Main Street, Suite 1300
Irvine, CA 92614
Fax: (866) 365-3051

☐   BY PERSONAL SERVICE – I delivered such envelope by hand to the offices of the addressee.

☐   BY FAX – I faxed the document to the fax number indicated below the addressee's name and address (without envelope).

☒   BY MAIL – I deposited such envelope in the mail at Santa Monica, California. The envelope was mailed with the postage thereon fully prepaid.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Date: January 28, 2010

*Nydia Escalona*
Nydia Escalona

---

ANSWER

PROOF OF SERVICE