MICHAEL L. TRACY, ESQ., SBN 237779
MTRACY@MICHAELTRACYLAW.COM
MEGAN ROSS HUTCHINS, ESQ., SBN 227776
MHUTCHINS@MICHAELTRACYLAW.COM
LAW OFFICES OF MICHAEL TRACY
2030 Main Street, Suite 1300
Irvine, CA  92614
T: (949) 260-9171
F: (866) 365-3051

Attorneys for Plaintiff RANJIT SODHI

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| RANJIT SODHI, | Case No.: CV09-08927-GHK-VBKx |
|---|---|
| Plaintiff, | **DECLARATION OF MICHAEL TRACY IN SUPPORT OF JOINT STATEMENT** |
| vs. | |
| GRASSHOPPER HOUSE LLC, *et al.*, | |
| Defendants. | |

I, Michael Tracy, declare as follows:

1. I am an attorney admitted to the bar of this Court.  If called as a witness, I could and would testify to the following of my own personal knowledge.
2. I emailed a copy of this Joint Report to  Mr. Nitti, counsel for Defendants on Friday April 2, 2010.
3. On Monday April 5, 2010, Mr. Nitti and I had a phone conversation wherein we discussed the final revisions to this report.  Mr. Nitti indicated what changes he wished to make, and I made those changes.
4. At Mr. Nitti's request, I faxed a copy of the finished report to him for his signature.  Although the fax went through, I have not received Mr. Nitti's signature on this document, nor have I been able to get a hold of him to discuss why he has not returned it.
5. As of 8:40PM on the date the Joint Report is due, I have not been able to get Mr. Nitti's signature.  However, I believe that the report reflects the changes requested by Mr. Nitti.

-1-

DECLARATION OF MICHAEL TRACY

-2-

1  I declare under penalty of perjury under the laws of the United States that the foregoing to true.
2
3  Executed:  April 5, 2010 in the city of Irvine, CA

                                                              /s/ Michael Tracy
                                By: _____
                                              Michael Tracy

DECLARATION OF MICHAEL TRACY