MICHAEL L. TRACY, ESQ., SBN 237779
MTRACY@MICHAELTRACYLAW.COM
MEGAN ROSS HUTCHINS, ESQ., SBN 227776
MHUTCHINS@MICHAELTRACYLAW.COM
LAW OFFICES OF MICHAEL TRACY
2030 Main Street, Suite 1300
Irvine, CA 92614
T: (949) 260-9171
F: (866) 365-3051

Attorneys for Plaintiff RANJIT SODHI

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| RANJIT SODHI, <br><br> Plaintiff, <br><br> vs. <br><br> GRASSHOPPER HOUSE LLC, *et al.*, <br><br> Defendants. | Case No.: CV09-08927-GHK-VBKx <br><br> **JOINT STATUS REPORT RE MEDIATION** <br><br> Conference: April 19, 2010 1:30PM |

Pursuant to this Court's Order, the parties jointly report the following. The parties have selected Hon. Robert Letteau, Ret., as a mediator in this case. The mediation is set for May 18, 2010.

DATED: April 29, 2010               LAW OFFICES OF MICHAEL TRACY

                                    /s/ Michael Tracy
                              By: _____
                                    MICHAEL TRACY, Attorney for Plaintiff
                                    RANJIT SODHI

DATED: April 29, 2010               LAW OFFICES OF THOMAS NITTI

                              By: _____
                                    THOMAS NITTI, Attorney for Defendants

-1-
JOINT REPORT