E-Filed

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | CV 09-8927-GHK(VBKx) | Date | AUGUST 17, 2010 |
|---|---|---|---|
| Title | RANJIT SODHI vs. GRASSHOPPER HOUSE, LLC, et al. | | |

| Presiding: The Honorable | GEORGE H. KING, U. S. DISTRICT JUDGE | |
|---|---|---|
| Beatrice Herrera | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| (NONE) | (NONE) |

**Proceedings:**   **(IN CHAMBERS) ORDER SETTING STATUS CONFERENCE**

   On June 10, 2010, Plaintiff's counsel filed a "Status Report Re Post Mediation" in which he stated, among other things, that "[t]he parties have agreed that because California law issues predominate the case, that the case would be better handled in State Court, [and that] [t]he parties intend to dismiss this lawsuit and proceed exclusively in State court."  Moreover, the report stated that [p]laintiff expects to dismiss without prejudice this case within 30 days."  On August 4, 2010, more than thirty days thereafter, plaintiff's counsel filed a declaration which states, among other things, that defendants' counsel "has stopped responding in this case . I had requested that he contact me to discuss the status of this case and he has not responded to my calls of (sic) fax."  Moreover, it is unclear if plaintiff still intends to dismiss this action without prejudice and litigate this matter on the state law claims in state court.  Portions of this declaration suggest that plaintiff seeks to litigate the federal claims here and the state law claims in state court.  This apparent dual-tracking of claims that may arise out of common nucleus of operative facts would be extremely inefficient and undesirable.

   **In order to determine the status of this case, we now ORDER counsel for plaintiff, Michael Tracey, and counsel for defendants, Thomas Nitti, to both appear personally on Monday, August 30, 2010 at 9:30 a.m. for status conference**.

   IT IS SO ORDERED.

|  | -- : -- |
|---|---|
|  | Initials of Preparer  Bea |