MICHAEL L. TRACY, ESQ., SBN 237779
MTRACY@MICHAELTRACYLAW.COM
MEGAN ROSS HUTCHINS, ESQ., SBN 227776
MHUTCHINS@MICHAELTRACYLAW.COM
LAW OFFICES OF MICHAEL TRACY
2030 Main Street, Suite 1300
Irvine, CA  92614
T: (949) 260-9171
F: (866) 365-3051

Attorneys for Plaintiff RANJIT SODHI

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RANJIT SODHI,<br><br>Plaintiff,<br><br>vs.<br><br>GRASSHOPPER HOUSE LLC, *et al.*,<br><br>Defendants. | Case No.:  CV09-08927-GHK-VBKx<br><br>**NOTICE OF MOTION AND MOTION TO AMEND COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>Hearing Date: November 1, 2010 09:30 AM<br>Judge: Hon. George H. King<br>Depart: 650<br><br>Date Filed: December 4, 2009<br>Trial Date: NONE SET |

**TO DEFENDANT GRASSHOPPER HOUSE LLC AND THEIR ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE** that on November 1, 2010 at 09:30 AM, or as soon thereafter as counsel may be heard in Department 650 of the above-entitled Court, located at 255 East Temple Street, Los Angeles, California, 90012, Plaintiff RANJIT SODHI will and hereby does move this Court for an order allowing Plaintiff to file a First Amended Complaint.

Pursuant to Local Rule 7-3, this motion is filed following a meeting of counsel on August 30, 2010. At this conference, the parties agreed to a further

1 mediation date with the agreement that either the case would be dismissed or the
2 pleadings would be amended depending on the result of mediation.  The mediation
3 was conducted on September 24, 2010 but no resolution was achieved.
4     This motion is based upon this Notice of Motion, the accompanying Motion,
5 the accompanying Memorandum of Points and Authorities, the papers and records
6 on file with this Court, and other such oral and documentary evidence as may be
7 presented to the Court at or prior to the hearing on the Motion.

DATED:  September 29, 2010     LAW OFFICES OF MICHAEL TRACY

                                /s/
                          By:  _____
                               MICHAEL TRACY, Attorney for Plaintiff
                               RANJIT SODHI

## **MEMORANDUM OF POINTS AND AUTHORITIES**

### a. INTRODUCTION

Plaintiff Ranjit Sodhi requires leave of court to file an amended complaint. Fed. R. Civ. Proc. 15(a)(2). Leave of amend a complaint should be "freely" given. *Id.*

Here, Ms. Shodi seeks to amend her complaint to (1) clarify the claims and issue in this case, (2) to separate claims that occurred after September 1, 2009, and (3) to remove the DOE defendants.

None of these changes significantly alter the substance of this lawsuit. The essential claims remain the same, however, the issues are more narrowly tailored and clearly presented. Courts should use a "liberal policy" in allowing amendments to pleadings and leave to amend should be granted unless the adverse party can show sufficient prejudice. *Jeong v. Minn. Mut. Life Ins. Co.*, 46 Fed. Appx. 448, 450 (9th Cir. Cal. 2002).

As Defendants cannot demonstrate any prejudice, it is still early in this litigation, and the amended pleading does not make any significant changes to the litigation, Plaintiff respectfully request that she be granted leave to file the attached First Amended Complaint.

This Court's Scheduling Order set September 30, 2010 for the last day to file a motion to amend pleadings. (Document 22 Filed 08/30/10 Page 1 of 2 Page ID #:96).

DATED: September 29, 2010   LAW OFFICES OF MICHAEL TRACY

                             /s/
                         By: _____
                             MICHAEL TRACY, Attorney for Plaintiff
                             RANJIT SODHI