*E-FILED*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-8927-GHK (VBKx) | Date | December 16, 2010 |
|---|---|---|---|
| Title | *Ranjit Sodhi v. Grasshopper House LLC, et al.* | | |

| **Presiding: The Honorable** | **GEORGE H. KING, U. S. DISTRICT JUDGE** | |
|---|---|---|
| Beatrice Herrera | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** **(In Chambers) Order re:** Plaintiff's Motion for Class and Collective Action Certification

      This matter is before the Court on Plaintiff's Motion for Class and Collective Action Certification ("Motion"). Plaintiff filed her Motion on November 1, 2010 seeking to certify two classes and a collective action. (Dkt. No. 26). On November 2, 2010, Plaintiff filed a First Amended Complaint that provides a different definition of the classes and collective action, as well as adding subclasses that are not mentioned in the Motion. (Dkt. No. 28). As Defendant correctly points out in its Opposition, the conflicting definitions are confusing and not conducive to efficient resolution of these issues. Accordingly, Plaintiff's Motion is hereby **DENIED without prejudice**. Plaintiff shall file a new motion for class certification within **thirty (30) days hereof**, and notice it for a hearing thereafter regularly under the local rules. The Parties shall meet and confer in real-time prior to such filing. Defendants shall have fourteen (14) days to respond to Plaintiff's motion and Plaintiff's shall then have seven (7) days to file any reply.

      **IT IS SO ORDERED.**

|  | --- : --- |
|---|---|
| | Initials of Deputy Clerk    ljw for Bea |